■ WESTCHESTER FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v. H.E.W. CONSTRUCTION CORP. et al., Defendants. GORDON GREENE, Assignee for the Benefit of Creditors of H.E.W. CONSTRUCTION CORP., Appellant. (And 10 Other Actions.)— Order of the Supreme Court, Rockland County, dated October 6, 1967, affirmed, without costs. (See, *Westchester Federal Sav. & Loan Assn.* v. *H.E.W. Constr. Corp.,* 29 A D 2d 670.) Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.